AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Stephanie Lynn Carbajal | ) | Case No. 3:23-mj-00034 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2, 2023__ in the county of __Lane__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a firearm by a prohibited person |

This criminal complaint is based on these facts:

See attached affidavit of Drug Enforcement Administration (DEA) Special Agent Adam Otte

☑ Continued on the attached sheet.

_By telephone_
*Complainant's signature*

Special Agent Adam Otte, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __5__ a.m./p.m.

Date: __3/2/2023__

*Judge's signature*

City and state: __Portland, Oregon__   U.S. Magistrate Judge Stacie F. Beckerman
*Printed name and title*